| | |
|---|---|
| 1 | Stephen D. Weisskopf (SBN 213596) |
| 2 | sweisskopf@levatolaw.com |
|   | LEVATOLAW, LLP |
| 3 | 2029 Century Park East, Suite 400 |
|   | Los Angeles, CA 90067 |
| 4 | Telephone:  310-734-2026 |
| 5 | |
|   | Attorneys for PLUTOS SAMA |
| 6 | HOLDINGS, INC. |

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PLUTOS SAMA HOLDINGS, INC. | Case No.: 8:21-cv-00133-JVS-JDE |
| Plaintiff, | |
| v. | **PLAINTIFF PLUTOS SAMA HOLDINGS, INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANT THE CARLYLE GROUP PURSUANT TO FED. R. CIV. PROC. 41(a)(1)(A)(i)** |
| JAGEX LIMITED; YAN JINGGANG, HUARONG INTERNATIONAL TRUST CO. LTD; SHANGHAI HONGTOU NETWORK TECHNOLOGY CO. LTD; SHANGHAI HONGTOU NETWORK TECHNOLOGY CO. LTD TRUST; CHINA MINSHENG TRUST CO, LTD; PLATINUM FORTUNE, LP; THE CARLYLE GROUP; and DOES 1-20 | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiff Plutos Sama Holdings, Inc. ("Plaintiff"), pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses all causes of action in the First Amended Complaint against *only* Defendant The Carlyle Group ("Defendant") *without prejudice*.

Plaintiff is dismissing the action against only Defendant because it intends to dismiss the RICO claim against Defendant, which only leaves the state court claim under Penal Code Section 496(a) against Defendant, which the Court lacks subject matter jurisdiction to adjudicate.

Consequently, Plaintiff is concurrently filing a state court action in Orange County Superior Court against Defendant for violation of Penal Code Section 496(a).

DATED: May 9, 2021          LEVATOLAW, LLP

By:  /s/ Stephen D. Weisskopf
     Stephen D. Weisskopf
     Attorneys for Plaintiff PLUTOS SAMA
     HOLDINGS, INC.