UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | SACV 21-00133 JVS (JDEx) | Date | May 10, 2021 |
| Title | Plutos Sama Holdings, Inc. v. Jagex Limited et al. | | |

Present: The Honorable **James V. Selna, U.S. District Court Judge**

| Lisa Bredahl | None |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** **[IN CHAMBERS] ORDER VACATING MOTION TO DISMISS**

    On May 9, 2021, Plaintiff Plutos Sama Holdings, Inc. dismissed all claims in this case as to Defendant The Carlyle Group. ECF No. 30. The Court therefore VACATES the hearing on The Carlyle Group's Motion to Dismiss [19] set for June 1, 2021, as MOOT.

                                                                                             : 0

Initials of Preparer      lmb