1  James N. Kramer (SBN 154709)
   jkramer@orrick.com
2  M. Todd Scott (SBN 226885)
   tscott@orrick.com
3  ORRICK, HERRINGTON & SUTCLIFFE LLP
4  405 Howard Street
   San Francisco, California 94105
5  Telephone:  (415) 773-5700
   Facsimile:   (415) 773-5759
6

7  Kevin M. Askew (SBN 238866)
   kaskew@orrick.com
8  ORRICK, HERRINGTON & SUTCLIFFE LLP
   777 South Figueroa Street, Suite 3200
9  Los Angeles, California 90017
   Telephone:  (213) 629-2020
10 Facsimile:   (213) 612-2499

11
   Attorneys for Defendant
12 PLATINUM FORTUNE, LP

13

14              UNITED STATES DISTRICT COURT

15             CENTRAL DISTRICT OF CALIFORNIA

16                  SOUTHERN DIVISION

17

18 PLUTOS SAMA HOLDINGS, INC.,        Case No. 8:21-cv-00133-JVS (JDEx)

19            Plaintiff,              **[PROPOSED] ORDER GRANTING**
        v.                           **DEFENDANT PLATINUM**
20                                   **FORTUNE, LP'S MOTION TO**
   JAGEX LIMITED; YAN                **DISMISS AMENDED COMPLAINT**
21 JINGGANG; HUARONG
   INTERNATIONAL TRUST CO.           Hearing
22 LTD; SHANGHAI HONGTOU             Date:    July 12, 2021
   NETWORK TECHNOLOGY CO.            Time:    1:30 pm
23 LTD; SHANGHAI HONGTOU             Judge:   Hon. James V. Selna
   NETWORK TECHNOLOGY CO.            Ctrm:    10C
24 LTD TRUST; CHINA MINSHENG
   TRUST CO. LTD; PLATINUM
25 FORTUNE, LP; THE CARLYLE
   GROUP; and DOES 1-20,
26
27            Defendants.

28

_____
[PROPOSED] ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT

1      Before the Court is Defendant Platinum Fortune, LP's Motion to Dismiss

2  Plaintiff Plutos Sama Holdings, Inc.'s Amended Complaint, filed on June 14, 2021

3  (the "Motion").  Upon review of the Motion, and for good cause shown, the Court

4  GRANTS the Motion, and hereby DISMISSES all of the claims asserted against

5  Defendant Platinum Fortune in their entirety, and with prejudice.

6      **IT IS SO ORDERED**.

7

8  Date: _____, 2021

9                                 _____

                                    HONORABLE JAMES V. SELNA

10                                    UNITED STATES DISTRICT JUDGE

- 1 -

[PROPOSED] ORDER GRANTING MOTION TO DISMISS AMENDED COMPLAINT