James N. Kramer (State Bar No. 154709)
*jkramer@orrick.com*
M. Todd Scott (State Bar No. 226885)
*tscott@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Kevin M. Askew (State Bar No. 238866)
*kaskew@orrick.com*
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Defendant
PLATINUM FORTUNE, LP

[additional counsel appears on signature page]

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| PLUTOS SAMA HOLDINGS, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JAGEX LIMITED; YAN JINGGANG; HUARONG INTERNATIONAL TRUST CO. LTD; SHANGHAI HONGTOU NETWORK TECHNOLOGY CO. LTD; SHANGHAI HONGTOU NETWORK TECHNOLOGY CO. LTD TRUST; CHINA MINSHENG TRUST CO. LTD; PLATINUM FORTUNE, LP; THE CARLYLE GROUP; and DOES 1-20,<br><br>Defendants. | Case No. 8:21-cv-00133-JVS (JDEx)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE AND SET BRIEFING SCHEDULE**<br><br>Judge: Hon. James V. Selna<br>Courtroom: 10C |

|   |   |
|---|---|
| 1 | This Stipulation is entered into by and among Plaintiff Plutos Sama |
| 2 | Holdings, Inc. ("Plaintiff") and Defendant Platinum Fortune, LP ("Platinum"), |
| 3 | through their respective attorneys of record. |

WHEREAS, on June 14, 2021, Platinum filed a Motion to Dismiss (the "Motion") on Plaintiff's Amended Complaint and noticed a hearing for that Motion before this Court on July 12, 2021 [Dkt. No. 38];

WHEREAS, counsel for Plaintiff requested a 30-day continuance of that hearing to afford him additional time to prepare an opposition to the Motion;

NOW THEREFORE, the parties have met and conferred and agreed subject to the approval of the Court, to extend the briefing schedule for the Motion as follows: the hearing date for Platinum's Motion will be extended from July 12, 2021 to August 23, 2021, the deadline for Plaintiff's opposition to the Motion will be extended from June 21, 2021 to July 19, 2021, and the deadline for Platinum's reply in support of the Motion will be extended from June 28, 2021 to August 9, 2021.

**IT IS SO STIPULATED.**

Dated: June 18, 2021        ORRICK, HERRINGTON & SUTCLIFFE LLP

　　　　　　　　　　　　　　　　　　　　/s/ James N. Kramer
　　　　　　　　　　　　　　　　　　　　JAMES N. KRAMER
　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　PLATINUM FORTUNE, LP

Dated: June 18, 2021        LEVATOLAW, LLP

　　　　　　　　　　　　　　　　　　　　/s/ Stephen D. Weisskopf
　　　　　　　　　　　　　　　　　　　　STEPHEN D. WEISSKOPF
　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
　　　　　　　　　　　　　　　　　　　　PLUTOS SAMA HOLDINGS, INC.

## **ATTESTATION**

Pursuant to C.D. Cal. Local Rule 5-4.3.4(a)(2)(ii), I, Stephen D. Weisskopf, attest that all other signatories listed, and on whose behalf the filing is submitted, concur in this filing's content and have authorized such filing.

                                               */s/ Stephen D. Weisskopf*

1                                  \*\*\*

2      **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

5   Dated: _____          _____

6                                      HONORABLE JAMES V. SELNA