James N. Kramer (SBN 154709)
jkramer@orrick.com
M. Todd Scott (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone: (415) 773-5700
Facsimile: (415) 773-5759

Kevin M. Askew (SBN 238866)
kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

Attorneys for Defendant
PLATINUM FORTUNE, LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PLUTOS SAMA HOLDINGS, INC., <br><br> Plaintiff, <br> v. <br><br> JAGEX LIMITED; YAN JINGGANG; HUARONG INTERNATIONAL TRUST CO. LTD; SHANGHAI HONGTOU NETWORK TECHNOLOGY CO. LTD; SHANGHAI HONGTOU NETWORK TECHNOLOGY CO. LTD TRUST; CHINA MINSHENG TRUST CO. LTD; PLATINUM FORTUNE, LP; THE CARLYLE GROUP; and DOES 1-20, <br><br> Defendants. | Case No. 8:21-cv-00133-JVS (JDEx) <br><br> **DECLARATION OF JAMES N. KRAMER IN SUPPORT OF DEFENDANT PLATINUM FORTUNE, LP'S MOTION TO DISMISS SECOND AMENDED COMPLAINT** <br><br> Hearing <br> Date: December 6, 2021 <br> Time: 1:30 pm <br> Judge: Hon. James V. Selna <br> Ctrm: 10C |

I, James N. Kramer, declare as follows:

1. I am a partner at Orrick, Herrington, & Sutcliffe LLP, counsel for Defendant Platinum Fortune, LP ("Defendant"). I submit this declaration in support of Defendant's Motion to Dismiss Second Amended Complaint. I have personal knowledge of the matters set forth in this declaration, and if called upon to do so I could and would testify thereto.

2. Attached hereto as Exhibit 1 is a true and correct redline comparison that indicates the changes from the First Amended Complaint, filed with the Court on February 2, 2021 (Dkt. No. 9) and the Second Amended Complaint, filed October 22, 2021 (Dkt. No. 48). This redline was prepared under my supervision, and I have verified its accuracy.

I declare under penalty of perjury under the laws of California and the United States of America that the foregoing is true and correct. Executed in San Francisco, California on November 5, 2021.

/s/ James N. Kramer
JAMES N. KRAMER