James N. Kramer (SBN 154709)
jkramer@orrick.com
M. Todd Scott (SBN 226885)
tscott@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
405 Howard Street
San Francisco, California 94105
Telephone:  (415) 773-5700
Facsimile:   (415) 773-5759

Kevin M. Askew (SBN 238866)
kaskew@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone:  (213) 629-2020
Facsimile:   (213) 612-2499

Attorneys for Defendant
PLATINUM FORTUNE, LP

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| PLUTOS SAMA HOLDINGS, INC.,<br><br>　　　　Plaintiff,<br>　　v.<br><br>JAGEX LIMITED; YAN JINGGANG; HUARONG INTERNATIONAL TRUST CO. LTD; SHANGHAI HONGTOU NETWORK TECHNOLOGY CO. LTD; SHANGHAI HONGTOU NETWORK TECHNOLOGY CO. LTD TRUST; CHINA MINSHENG TRUST CO. LTD; PLATINUM FORTUNE, LP; THE CARLYLE GROUP; and DOES 1-20,<br><br>　　　　Defendants. | Case No. 8:21-cv-00133-JVS (JDEx)<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT PLATINUM FORTUNE, LP'S MOTION TO DISMISS SECOND AMENDED COMPLAINT**<br><br>Hearing<br>Date:　　December 6, 2021<br>Time:　　1:30 pm<br>Judge:　Hon. James V. Selna<br>Ctrm:　　10C |

Before the Court is Defendant Platinum Fortune, LP's Motion to Dismiss Plaintiff Plutos Sama Holdings, Inc.'s Second Amended Complaint, filed on November 5, 2021 (the "Motion").  Upon review of the Motion, and for good cause shown, the Court GRANTS the Motion, and hereby DISMISSES all of the claims asserted against Defendant Platinum Fortune in their entirety, and with prejudice.

**IT IS SO ORDERED**.

Date: _____, 2021

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE