FILED
CLERK, U.S. DISTRICT COURT
June 28, 2022
CENTRAL DISTRICT OF CALIFORNIA
BY: Natalie L. Calkins DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In the Matter of the Creation of the Calendar ) ) ) of ) ) ) Judge SHERILYN PEACE GARNETT ) ) | ORDER OF THE CHIEF JUDGE<br><br>**22-145** |

    Pursuant to the recommended procedure adopted by the Court for the creation of the calendar of Judge Sherilyn Peace Garnett,

    IT IS HEREBY ORDERED that the following cases are hereby transferred from the calendar of Judge Fred W. Slaughter to the calendar of Judge Sherilyn Peace Garnett:

| | |
|---|---|
| 2:05-cv-08017-FWS | Gregory Scott Smith v. Steve Ornoski |
| 2:21-cv-04806-FWS-SKx | James Reid, et al. v. Warner Music Group Corp, et al. |
| 2:21-cv-06811-FWS-SP | Marlon Abraham Rosasen v. Kingdom of Norway |
| 2:21-cv-09283-FWS-ADS | Valentin Quintero v. W. H. Montgomery |
| 2:22-cv-01534-FWS-MARx | Spirit Clothing Company v. Palace Skateboards US Online, Inc. |
| 2:22-cv-01680-FWS-PVCx | Carlos Urias v. United States of America, et al. |
| 2:22-cv-01686-FWS-PDx | Elke Schletz-Walther, et al. v. The Consulate General of the State of Kuwait in Los Angeles, et al. |
| 5:21-cv-01248-FWS-KKx | Roger Montano v. Forest River, Inc., et al. |
| 8:21-cv-00133-FWS-JDEx | Plutos Sama Holdings, Inc. v. Jagex Limited, et al. |
| 8:21-cv-00265-FWS-KESx | Melanie Smith v. County of Orange, et al, |
| 8:21-cv-01365-FWS-ADSx | Shahram Seresht v. United States Navy, et al. |
| 8:22-cv-00448-FWS-KESx | Davy Cho, et al. v. Hyundai Motor Company, Ltd., et al. |

In the Matter of the
Creation of Calendar for
District Judge Sherilyn Peace Garnett                                                                 2
_____

| | |
|---|---|
| 8:22-cv-01042-FWS-KESx | Michael C. Keo v. Chou Newport Plaza Partners, LLC |
| 8:22-cv-01170-FWS-KESx | Reynaldo Iniestra v. Earthscapes Landscape, Inc., et al. |

    On all documents subsequently filed in the case, please substitute the Judge initials SPG after the case number in place of the initials of the prior Judge.

DATED: June 28, 2022                                         _____
                                                                                 Chief Judge Philip S. Gutierrez